1  Marc V. Kalagian
2  Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail: rohlfing.kalagian@rksslaw.com
5
6  Attorneys for Plaintiff
   KELLY L. SACKETT

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY L. SACKETT | Case No.: 2:17-cv-00223-JAD-GWF |
| Plaintiff, | UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Kelly L. Sackett and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from May 17, 2017 up to and including May 31, 2017 for Plaintiff to file her motion for reversal and/or remand, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel because he has to leave town unexpectedly to attend to a family medical emergency. The defendant does not oppose this request.

DATE: May 17, 2017  Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Kelly L. Sackett

DATE: May 17, 2017  STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division

/s/ *April A. Alongi*

BY: _____
Patrick Snyder obo April A. Alongi
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: 5/18/2017

IT IS SO ORDERED:  _____/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE