1  GERALD M. WELT, SBN 1575
   Attorney at Law
2  MARC V. KALAGIAN, SBN 4460
   Attorney at Law
3          211 East Ocean Boulevard, Suite 420
           Long Beach, California 90802
4          Phone:  562-437-7006
           Fax:  562-432-2935
5          rohlfing.kalagian@rksslaw.com

6  Attorneys for Plaintiff

7
   STEVEN W. MYHRE, NSBN 9635
8  Acting United States Attorney
   BLAINE T. WELSH
9  Chief, Civil Division
   APRIL A. ALONGI, VSBN 76459
10 Special Assistant United States Attorney
           160 Spear Street, Suite 800
11         San Francisco, California 94105
           Phone:  415-977-8954
12         Fax:  415-744-0134
           april.alongi@ssa.gov
13
14 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY L. SACKETT, | ) Case No:  2:17-cv-00223-JAD-GWF |
|  | ) |
|                    Plaintiff | ) |
|  | ) **JOINT STIPULATION FOR EXTENSION** |
|          v. | ) **OF TIME TO FILE DEFENDANT'S** |
|  | ) **CROSS-MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security,[1] | ) **(First Request)** |
|  | ) |
|                    Defendant. | ) |
| _____ | ) |

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

-1-

1      Plaintiff Kelly L. Sackett (Plaintiff) and Defendant Nancy A. Berryhill, Acting

2   Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court,

3   to an extension of time for the Commissioner to file her Cross-Motion To Affirm by thirty days

4   from June 21, 2017 to July 21, 2017, with all other dates in this Court's Order Concerning Review

5   Of Social Security Cases extended accordingly.  This is the Commissioner's first request for an

6   extension.

7          ///

8          ///

9          ///

10         ///

11         ///

12         ///

13         ///

14         ///

15         ///

16         ///

17         ///

18         ///

19         ///

20         There is good cause because, since Plaintiff filed his Motion For Reversal And/Or Remand

21   (Plaintiff's Motion), counsel has had numerous other deadlines, including District Court briefs, a

22   dispositive motion in an employment law case, and an oral argument in a District Court case.

23   Counsel was also out of the office on approved leave for nearly two weeks in May and, as of June

24   5, 2017, will be out of the office on extended leave.  This case will be transferred to another

25   attorney in the office.  As a result, the Commissioner needs additional time to properly respond to

26

the issues Plaintiff raised in her Motion. Counsel makes this request in good faith and without any intention of undue delay. Plaintiff has no objection to this request.

Respectfully submitted,

Date: June 2, 2017       GERALD M. WELT
Attorney at Law

By:    */s/* Marc V. Kalagian
MARC V. KALAGIAN
Attorney at Law
*by email authorization on 6/2/17

Attorneys for Plaintiff

Date: June 2, 2017       STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:    */s/* April A. Alongi
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

DATE: _____June 5, 2017_____      

THE HONORABLE GEORGE FOLEY, JR.
United States Magistrate Judge

# DEFENDANT'S CERTIFICATE OF SERVICE

I certify that I caused the Joint Stipulation For Extension Of Time To File Defendant's Cross-Motion To Affirm (First Request) to be served, via CM/ECF notice, on:

MARC V. KALAGIAN
Attorney at Law
      rohlfing.kalagian@rksslaw.com

Date:  June 2, 2017

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant